# COURT OF COMMON PLEAS OF MONROE COUNTY
## DOCKET



Docket Number: CP-45-CR-0000890-2022
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Melissa Marie Mangione

Page 1 of 10

## CASE INFORMATION

| | | |
|---|---|---|
| Judge Assigned: Mark, Jonathan | Date Filed: 04/08/2022 | Initiation Date: 02/03/2022 |
| OTN: R 236193-6 | LOTN: | Originating Docket No: MJ-43402-CR-0000027-2022 |
| Initial Issuing Authority: Phillip R. Riley | Final Issuing Authority: Phillip R. Riley | |
| Arresting Agency: PSP - Stroudsburg | Arresting Officer: Hopkins, Blair C. | |
| Complaint/Citation No.: N6018WM798 | Incident Number: PA20211544235 | |
| County: Monroe | Township: Price Township | |
| Case Local Number Type(s) | Case Local Number(s) | |

## STATUS INFORMATION

Case Status: Closed

| Status Date | Processing Status | Complaint Date: 02/03/2022 |
|---|---|---|
| 11/01/2022 | Sentenced/Penalty Imposed | |
| 11/01/2022 | Awaiting Sentencing | |
| 07/07/2022 | Awaiting Trial Scheduling | |
| 05/23/2022 | Awaiting Formal Arraignment | |
| 05/19/2022 | Awaiting Formal Arraignment | |
| 04/08/2022 | Awaiting Formal Arraignment | |
| 04/08/2022 | Awaiting Filing of Information | |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 05/04/2022 | 8:30 am | Judge's Chambers | Judge Jonathan Mark | Scheduled |
| Formal Arraignment | 07/06/2022 | 8:30 am | Courtroom 3 | Judge Jonathan Mark | Scheduled |
| Pre-Trial Conference | 09/28/2022 | 10:30 am | Courtroom 1 | Judge Jonathan Mark | Scheduled |
| Call/Guilty Plea/ARD | 10/28/2022 | 8:30 am | Courtroom 1 | Judge Jonathan Mark | Scheduled |
| Trial Term Jury Selection | 11/01/2022 | 8:30 am | Courtroom 2 | President Judge Margherita P. Worthington | Scheduled |

## CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 03/02/2023 | State Correctional Institution | Federal Prison | | Yes |
| 11/29/2023 | County Correctional Facility | Lackawanna County Prison | | Yes |

## DEFENDANT INFORMATION

| | | |
|---|---|---|
| Date Of Birth: | 03/28/1994 | City/State/Zip: Stroudsburg, PA 18360 |

CPCMS 9082                                                                                      Printed: 07/14/2024

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONROE COUNTY
## DOCKET



Docket Number: CP-45-CR-0000890-2022
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Melissa Marie Mangione

Page 2 of 10

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Mangione, Melissa Marie |

### BAIL INFORMATION

**Mangione, Melissa Marie**  Nebbia Status: None

| Bail Action | Date | Bail Type | Originating Court | Percentage | Amount |
|---|---|---|---|---|---|
| Set | 03/02/2022 | Unsecured | Magisterial District Court | | $5,000.00 |
| Revoke | 05/20/2022 | Unsecured | Common Pleas | | $5,000.00 |

| Surety Type | Surety Name | Posting Status | Posting Date | Security Type | Security Amt |
|---|---|---|---|---|---|
| Self | Mangione, Melissa Marie | Posted | 04/11/2022 | Unsecured | $5,000.00 |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | F3 | 18 § 3925 §§ A | Receiving Stolen Property | 11/21/2021 | R 236193-6 |
| 2 | 2 | M | 35 § 780-113 §§ A16 | Int Poss Contr Subst By Per Not Reg | 11/21/2021 | R 236193-6 |

### DISPOSITION SENTENCING/PENALTIES

Disposition
  Case Event                                            Disposition Date                Final Disposition
    Sequence/Description                       Offense Disposition              Grade    Section
      Sentencing Judge                            Sentence Date                Credit For Time Served
        Sentence/Diversion Program Type         Incarceration/Diversionary Period    Start Date
          Sentence Conditions

**Waived for Court (Lower Court)**    Defendant Was Present

| | | | | |
|---|---|---|---|---|
| Lower Court Disposition | | 03/10/2022 | Not Final | |
| 1 / Receiving Stolen Property | | Waived for Court (Lower Court) | F3 | 18 § 3925 §§ A |
| 2 / Int Poss Contr Subst By Per Not Reg | | Waived for Court (Lower Court) | M | 35 § 780-113 §§ A16 |

**Proceed to Court**    Defendant Was Not Present

| | | | | |
|---|---|---|---|---|
| Information Filed | | 05/19/2022 | Not Final | |
| 1 / Receiving Stolen Property | | Proceed to Court | F3 | 18 § 3925 §§ A |
| 2 / Int Poss Contr Subst By Per Not Reg | | Proceed to Court | M | 35 § 780-113 §§ A16 |

**Guilty Plea**

| | | | | |
|---|---|---|---|---|
| Trial Term Jury Selection | | 11/01/2022 | Final Disposition | |
| 1 / Receiving Stolen Property | | Guilty Plea | F3 | 18 § 3925 §§ A |
|     Worthington, Margherita P. | | 11/01/2022 | | |
|       Confinement | | Min of 12.00 Months | | |
| | | Max of 24.00 Months | | |
| | | Other | | |
|       Defendant shall pay the costs of these proceedings | | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONROE COUNTY
## DOCKET



**Docket Number: CP-45-CR-0000890-2022**
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Melissa Marie Mangione

Page 3 of 10

## DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event | Disposition Date | Final Disposition |
|---|---|---|
| Sequence/Description | Offense Disposition | Grade / Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |

MCCF to obtain a DNA blood sample and fingerprints from the Defendant, to pay the $250.00 fee associated therewith.
The Commonwealth objects to the Defendant's eligibility for the State Drug Treatment program

---

| | | | |
|---|---|---|---|
| 2 / Int Poss Contr Subst By Per Not Reg | Guilty Plea | M | 35 § 780-113 §§ A16 |
| Worthington, Margherita P. | 11/01/2022 | | |
| Confinement | Min of 6.00 Months | | |
| | Max of 12.00 Months | | |
| | Other | | |
| Defendant shall pay the costs of these proceedings | | | |

**LINKED SENTENCES:**

**Link 1**
CP-45-CR-0000890-2022 - Seq. No. 1 (18 § 3925 §§ A) - Confinement is Concurrent with
CP-45-CR-0001453-2022 - Seq. No. 1 (35 § 780-113 §§ A30) - Confinement

**Link 2**
CP-45-CR-0000890-2022 - Seq. No. 1 (18 § 3925 §§ A) - Confinement is Concurrent with
CP-45-CR-0001454-2022 - Seq. No. 1 (35 § 780-113 §§ A30) - Confinement

**Link 3**
CP-45-CR-0000890-2022 - Seq. No. 1 (18 § 3925 §§ A) - Confinement is Concurrent with
CP-45-CR-0000574-2022 - Seq. No. 3 (18 § 4106 §§ A1) - Confinement

**Link 4**
CP-45-CR-0000890-2022 - Seq. No. 2 (35 § 780-113 §§ A16) - Confinement is Concurrent with
CP-45-CR-0000890-2022 - Seq. No. 1 (18 § 3925 §§ A) - Confinement

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONROE COUNTY

## DOCKET



Docket Number: CP-45-CR-0000890-2022
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Melissa Marie Mangione

Page 4 of 10

| **COMMONWEALTH INFORMATION** | **ATTORNEY INFORMATION** |
|---|---|
| **Name:** Christy Holly Schlottman<br>District Attorney | **Name:** Chandra Vitelli Bleice<br>Public Defender |
| **Supreme Court No:** 202602 | **Supreme Court No:** 094758 |
| **Phone Number(s):**<br>610-791-6146   (Phone) | **Rep. Status:** Active |
| **Address:**<br>Pa Office Of The Attorney General<br>7310 Tilghman St Ste 600<br>Allentown, PA 18106 | **Phone Number(s):**<br>570-517-3042   (Phone) |
| | **Address:**<br>Monroe Co Pd's Office<br>701 Main St Ste 301<br>Stroudsburg, PA 18360 |
| **Name:** Monroe County District Attorney's Office<br>District Attorney | Representing: Mangione, Melissa Marie |
| **Supreme Court No:** | |
| **Phone Number(s):**<br>570-517-3052   (Phone) | |
| **Address:**<br>701 Main Street<br>Suite 200<br>Stroudsburg, PA 18360 | |

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 1 | 03/02/2022 | | Mangione, Melissa Marie |
| Bail Posted - Mangione, Melissa Marie | | | |
| Bleice, Chandra Vitelli | | | |
| 04/11/2022 | eService | | Served |
| Monroe County District Attorney's Office | | | |
| 04/11/2022 | eService | | Served |
| Monroe County Public Defender's Office | | | |
| 04/11/2022 | eService | | Served |
| Schlottman, Christy Holly | | | |
| 04/11/2022 | eService | | Served |
| 2 | 03/02/2022 | | Riley, Phillip R. |
| Bail Set - Mangione, Melissa Marie | | | |
| 1 | 04/08/2022 | | Court of Common Pleas - Monroe County |
| Original Papers Received from Lower Court | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



**COURT OF COMMON PLEAS OF MONROE COUNTY**

**DOCKET**

Docket Number: CP-45-CR-0000890-2022

**CRIMINAL DOCKET**

Court Case

Commonwealth of Pennsylvania
v.
Melissa Marie Mangione

Page 5 of 10

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Schlottman, Christy Holly | | | |
| 04/08/2022 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 05/19/2022 | | Christine, E. David |
| Information Filed | | | |
| Bleice, Chandra Vitelli | | | |
| 05/19/2022 | eService | | Served |
| Monroe County District Attorney's Office | | | |
| 05/19/2022 | eService | | Served |
| Monroe County Public Defender's Office | | | |
| 05/19/2022 | eService | | Served |
| Schlottman, Christy Holly | | | |
| 05/19/2022 | eService | | Served |

| | | | |
|---|---|---|---|
| 2 | 05/20/2022 | | Sibum, Jennifer Harlacher |
| Order Granting Motion to Revoke/Release and Forfeit Bail - Mangione, Melissa Marie | | | |
| Bleice, Chandra Vitelli | | | |
| 05/20/2022 | eService | | Served |
| Monroe County District Attorney's Office | | | |
| 05/20/2022 | eService | | Served |
| Monroe County Public Defender's Office | | | |
| 05/20/2022 | eService | | Served |
| Schlottman, Christy Holly | | | |
| 05/20/2022 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 06/07/2022 | | Bleice, Chandra Vitelli |
| Motion For Drug and Alcohol Evaluation | | | |
| Monroe County District Attorney's Office | | | |
| 06/07/2022 | eNotice | | Notified |
| Monroe County Public Defender's Office | | | |
| 06/07/2022 | eNotice | | Notified |
| Schlottman, Christy Holly | | | |
| 06/07/2022 | eNotice | | Notified |

| | | | |
|---|---|---|---|
| 1 | 06/13/2022 | | Mark, Jonathan |
| Order Granting Drug/Alcohol Evaluation | | | |
| Bleice, Chandra Vitelli | | | |

CPCMS 9082                                                                                                 Printed: 07/14/2024

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONROE COUNTY

**DOCKET**



Docket Number: CP-45-CR-0000890-2022

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania

v.

Melissa Marie Mangione

Page 6 of 10

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| | 06/13/2022 | eService | Served |
| Monroe County Correctional Facility | | | |
| | 06/13/2022 | Clerk of Court's Boxes | |
| Monroe County District Attorney's Office | | | |
| | 06/13/2022 | eService | Served |
| Monroe County Public Defender's Office | | | |
| | 06/13/2022 | eService | Served |
| Restricted Participant | | | |
| | 06/13/2022 | Clerk of Court's Boxes | |
| Schlottman, Christy Holly | | | |
| | 06/13/2022 | eService | Served |
| 1 | 07/06/2022 | 07/06/2022 | Mark, Jonathan |
| Order Scheduling Case for Final Call and Trial | | | |
| Bleice, Chandra Vitelli | | | |
| | 07/06/2022 | eService | Served |
| Monroe County Court Administration | | | |
| | 07/06/2022 | Clerk of Court's Boxes | |
| Monroe County District Attorney's Office | | | |
| | 07/06/2022 | eService | Served |
| Monroe County Public Defender's Office | | | |
| | 07/06/2022 | eService | Served |
| Restricted Participant | | | |
| | 07/06/2022 | Clerk of Court's Boxes | |
| Schlottman, Christy Holly | | | |
| | 07/06/2022 | eService | Served |
| 1 | 08/19/2022 | | Monroe County Sheriff's Department |
| Sheriff's Return | | | |
| Bleice, Chandra Vitelli | | | |
| | 08/19/2022 | eService | Served |
| Monroe County District Attorney's Office | | | |
| | 08/19/2022 | eService | Served |
| Monroe County Public Defender's Office | | | |
| | 08/19/2022 | eService | Served |
| Schlottman, Christy Holly | | | |
| | 08/19/2022 | eService | Served |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONROE COUNTY

**DOCKET**



**Docket Number: CP-45-CR-0000890-2022**
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Melissa Marie Mangione

Page 7 of 10

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| 1 | 09/29/2022 | 09/28/2022 | Mark, Jonathan |
|---|---|---|---|
| Order Granting Motion for Continuance | | | |
| Bleice, Chandra Vitelli | | | |
| 09/29/2022 | eService | | Served |
| Monroe County Court Administration | | | |
| 09/29/2022 | Clerk of Court's Boxes | | |
| Monroe County District Attorney's Office | | | |
| 09/29/2022 | eService | | Served |
| Monroe County Public Defender's Office | | | |
| 09/29/2022 | eService | | Served |
| Restricted Participant | | | |
| 09/29/2022 | Clerk of Court's Boxes | | |
| Schlottman, Christy Holly | | | |
| 09/29/2022 | eService | | Served |

| 1 | 11/01/2022 | | Worthington, Margherita P. |
|---|---|---|---|
| Guilty Plea | | | |
| Bleice, Chandra Vitelli | | | |
| 11/04/2022 | eService | | Served |
| Monroe County District Attorney's Office | | | |
| 11/04/2022 | eService | | Served |
| Monroe County Public Defender's Office | | | |
| 11/04/2022 | eService | | Served |
| Restricted Participant | | | |
| 11/04/2022 | eNotice | | Notified |
| Schlottman, Christy Holly | | | |
| 11/04/2022 | eService | | Served |

| 2 | 11/01/2022 | | Worthington, Margherita P. |
|---|---|---|---|
| Order - Sentence/Penalty Imposed | | | |
| Bleice, Chandra Vitelli | | | |
| 11/04/2022 | eService | | Served |
| Monroe County Correctional Facility | | | |
| 11/04/2022 | Clerk of Court's Boxes | | |
| Monroe County Court Administration | | | |
| 11/04/2022 | Clerk of Court's Boxes | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

### COURT OF COMMON PLEAS OF MONROE COUNTY

**DOCKET**



Docket Number: CP-45-CR-0000890-2022
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Melissa Marie Mangione

Page 8 of 10

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Monroe County District Attorney's Office | | | |
| 11/04/2022 | eService | | Served |
| Monroe County Public Defender's Office | | | |
| 11/04/2022 | eService | | Served |
| Monroe County Sheriff's Department | | | |
| 11/04/2022 | Clerk of Court's Boxes | | |
| Restricted Participant | | | |
| 11/04/2022 | eNotice | | Notified |
| Schlottman, Christy Holly | | | |
| 11/04/2022 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 11/03/2022 | | Bleice, Chandra Vitelli |
| | | | Schlottman, Christy Holly |
| | | | Mangione, Melissa Marie |
| Written Guilty Plea Colloquy | | | |
| Monroe County District Attorney's Office | | | |
| 11/04/2022 | eService | | Served |
| Monroe County Public Defender's Office | | | |
| 11/04/2022 | eService | | Served |
| Restricted Participant | | | |
| 11/04/2022 | eNotice | | Notified |

| | | | |
|---|---|---|---|
| 1 | 11/10/2022 | | Court of Common Pleas - Monroe County |
| Penalty Assessed | | | |
| Bleice, Chandra Vitelli | | | |
| 11/10/2022 | eService | | Served |
| Monroe County District Attorney's Office | | | |
| 11/10/2022 | eService | | Served |
| Monroe County Public Defender's Office | | | |
| 11/10/2022 | eService | | Served |
| Restricted Participant | | | |
| 11/10/2022 | eNotice | | Notified |
| Schlottman, Christy Holly | | | |
| 11/10/2022 | eService | | Served |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONROE COUNTY

## DOCKET



Docket Number: CP-45-CR-0000890-2022

### CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Melissa Marie Mangione

Page 9 of 10

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 2 | 11/10/2022 | | Court of Common Pleas - Monroe County |
| Court Commitment State or County Correctional Institution | | | |
| Bleice, Chandra Vitelli | | | |
| 11/10/2022 | eService | | Served |
| Monroe County District Attorney's Office | | | |
| 11/10/2022 | eService | | Served |
| Monroe County Public Defender's Office | | | |
| 11/10/2022 | eService | | Served |
| Restricted Participant | | | |
| 11/10/2022 | eNotice | | Notified |
| Schlottman, Christy Holly | | | |
| 11/10/2022 | eService | | Served |
| 1 | 11/29/2022 | | Restricted Participant |
| Guideline Sentence Form | | | |
| Bleice, Chandra Vitelli | | | |
| 11/30/2022 | eService | | Served |
| Monroe County District Attorney's Office | | | |
| 11/30/2022 | eService | | Served |
| Monroe County Public Defender's Office | | | |
| 11/30/2022 | eService | | Served |
| Schlottman, Christy Holly | | | |
| 11/30/2022 | eService | | Served |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONROE COUNTY

**DOCKET**



Docket Number: CP-45-CR-0000890-2022

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Melissa Marie Mangione

Page 10 of 10

### CASE FINANCIAL INFORMATION

Last Payment Date:    Total of Last Payment:

**Mangione, Melissa Marie**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Sheriff's Costs (Monroe) | $79.00 | $0.00 | $0.00 | $0.00 | $79.00 |
| ATJ | $6.00 | $0.00 | $0.00 | $0.00 | $6.00 |
| Automation Fee (Monroe) | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Booking Center Fee (Monroe) | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| CJES | $2.50 | $0.00 | $0.00 | $0.00 | $2.50 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $22.70 | $0.00 | $0.00 | $0.00 | $22.70 |
| Costs of Prosecution - CJEA | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| County Court Cost (Act 204 of 1976) | $33.15 | $0.00 | $0.00 | $0.00 | $33.15 |
| Court Costs (Monroe) | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| DNA Detection Fund (Act 185-2004) | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Firearm Education and Training Fund | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| JCPS | $21.25 | $0.00 | $0.00 | $0.00 | $21.25 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| OAG - JCP | $2.50 | $0.00 | $0.00 | $0.00 | $2.50 |
| State Court Costs (Act 204 of 1976) | $15.15 | $0.00 | $0.00 | $0.00 | $15.15 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| Costs/Fees Totals: | $945.25 | $0.00 | $0.00 | $0.00 | $945.25 |
| Grand Totals: | $945.25 | $0.00 | $0.00 | $0.00 | $945.25 |

\*\* - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.